UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Justin T. Quinn |
| | : | |
| v. | : | Mag. No. 26-MJ-6041 (JTQ) |
| | : | |
| EDUARDO CRUZ GARCIA | : | **CRIMINAL COMPLAINT** |
| | : | |

I, Anthony Martinez, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this Complaint is based on the following facts:

### SEE ATTACHMENT B

Continued on the attached page and made a part hereof.


/s/ *Anthony Martinez*
Anthony Martinez
Special Agent
Federal Bureau of Investigation


Special Agent Martinez attested to this Affidavit by telephone pursuant to F.R.C.P. 4.1(B)(2)(A) on this 16th day of June 2026.

HONORABLE JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

(Assaulting, Impeding, and Interfering with Certain Officers or Employees)

On or about June 15, 2026, in Ocean County, in the District of New Jersey, and elsewhere, the defendant,

**EDUARDO CRUZ GARCIA,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an individual designated in Title 18, United States Code, Section 1114, namely, the Victim, as described in Attachment B, while the Victim was engaged in and on account of the performance of the Victim's official duties, and inflicted bodily injury upon the Victim.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## ATTACHMENT B

I, Anthony Martinez, am a Special Agent with the Federal Bureau of Investigation ("FBI"). I am fully familiar with the facts herein based on my own investigation, my conversations with witnesses, other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and in part. Because this Affidavit is submitted for the sole purpose of establishing probable cause to support the issuance of a complaint, I have not included each and every fact known to me and other investigators concerning the investigation.

1.      On or about the morning of June 15, 2026, U.S. Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations ("ERO") were investigating in Manahawkin, New Jersey. As part of this investigation, ERO agents conducted a motor vehicle stop of a white van (the "Van"). The Van was driven by defendant Eduardo Cruz Garcia ("CRUZ GARCIA") and there was one passenger ("Individual-1") in the front passenger seat.

2.      Multiple ERO agents wearing vests that identified them as "ICE Police" surrounded the Van with their vehicles and approached the Van from the driver side and passenger side. The ERO agents attempted to speak with CRUZ GARCIA and Individual-1 and asked them to open the Van's windows, but they refused. A picture of CRUZ GARCIA in the Van during the motor vehicle stop, as captured by an ERO agent's body-worn camera, is below.



3.      Instead of complying with the agents' directives to roll down the Van's windows, CRUZ GARCIA fled the scene by driving the Van forward while an ERO agent (the "Victim") was standing next to the Van and attempting to speak with CRUZ GARCIA through the closed window. CRUZ GARCIA struck the Victim with the Van, causing the Victim's body to be wedged in between the Van and one of the ERO vehicles, as depicted below. The Victim fell to the ground yelling in pain. CRUZ GARCIA continued driving, striking another ERO vehicle parked nearby, before fleeing the scene.

 

4.    CRUZ GARCIA's actions inflicted bodily injury to the Victim's thigh and shin, as depicted below. The Victim required medical attention at a hospital.

 

5.    On or about June 15, 2026, the Victim was employed by ICE. ICE is an agency of the United States government. Therefore, the Victim was an officer or employee of the United States as defined in Title 18, United States Code, Section 1114, who was engaged in the performance of official duties.

2